IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRELL D HUGHES, ) | Case No. 13-05553 |
| ) | |
| ) | |
| Debtor ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: February 20, 2015**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: March 17, 2015**
**at 9:00 a.m. in Courtroom 3, 701 Broadway, Nashville, Tennessee.**

## NOTICE OF MOTION TO SELL PROPERTY

Eva M. Lemeh, Trustee, has asked the court for the following relief:
**to sell debtor's property free and clear of liens**

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before February 20, 2015, you or your attorney must:

1.     File with the court your written response, answer, or objection explaining your position and one copy at:

        On Line:      https://ecf.tnmb.uscourts.gov/
        In Person:   US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
        (Monday-Friday, 8:00 a.m.-4:00 p.m.)

2.     **Your written response must state that the deadline for filing responses is February 20, 2015, the date of the scheduled hearing is March 17, 2015, and the motion to which you are responding is Motion to Sell Property.** If you want a file stamped copy returned to you, you must include an extra copy and a self-addressed, stamped envelope.

3.     You must also serve a copy of your response to Eva M. Lemeh at one of the following:

        On Line:      elemehtrustee@comcast.net
        U.S. Mail:   4300 Kings Lane, Nashville, TN 37218
        Fax:        (615) 691-7382

    If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at **www.tnmb.uscourts.gov.** If you receive this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure**.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: January 29, 2015

                                                     /s/ EVA M. LEMEH
                                                     **EVA M. LEMEH,** #012153
                                                     Attorney for Trustee
                                                     4300 Kings Lane
                                                     Nashville, TN 37218
                                                     (615) 876-4862; (615) 691-7382 (fax)

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing **Notice**, together with the **Motion** and proposed **Order**, were served on the parties listed on the attached matrix (consisting of debtor, debtor's counsel, all creditors and parties in interest, and all known prospective bidders), by regular mail, postage prepaid, by placing the envelopes containing the Notice, Motion, and Order in the U.S. Mail, and upon all parties receiving electronic notification, via ECF, on January 29, 2015.

        /s/ EVA M. LEMEH
        **EVA M. LEMEH**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

TERRELL D HUGHES,	Case No. 13-05553
Converted to Chapter 7 on 9/9/2014
Judge Marian F. Harrison

Debtor

**TRUSTEE'S MOTION TO SELL PROPERTY**

Comes now the trustee, Eva M. Lemeh, in the above-captioned cause, and moves for authority to sell the following property of estate, and under the following terms and conditions:

| Description of Property | Mtgs/Liens* | Exemption | Commission | Other Deductions |
|---|---|---|---|---|
| 1019 Hanson Ct, Murfreesboro, TN. Tax Parcel #: 091G C 01803 | None | None | None | None |

The sale is in the best interest of the estate because there will be no agent fees to sell, the Property can be sold more expeditiously, and the sales price is close to fair market value.

**DATE:** Upon Court Approval.  **TIME:** na  **PLACE:** na
**TYPE OF SALE:** Private Sale.  **AGENT:** na  **TERMS:** Cash
**SALE PRICE:** $11,700.00.  **MIN. BID PRICE:** na  **BUYER NAME:** Debtor
**PROPOSED MARKETING:**

*As of the date of this notice, pursuant to a search of public records, the movant is not aware of any other claimed interest or lien in the property.*

- SALE DOES NOT INCLUDE PERSONAL IDENTIFIABLE INFORMATION.
- SALE IS BEING CONDUCTED AT ARMS LENGTH.
- SALE/BID PRICE IS/WILL BE FOR FAIR VALUE, BASED UPON TRUSTEE'S INDEPENDENT INVESTIGATION. TRUSTEE TO OBTAIN BEST POSSIBLE PRICE FOR SUBJECT PROPERTY TO MAXIMIZE DISTRIBUTION TO CREDITORS.
- SALE IS TO THE DEBTOR WHO IS AN INSIDER; SALE OF INTEREST OF CO-OWNER(S) IS PROPER UNDER §363(h).
- TRUSTEE WILL CONVEY BY VALID BANKRUPTCY TRUSTEE'S DEED, OR APPROPRIATE INSTRUMENT, RIGHT, TITLE, AND INTEREST THAT TRUSTEE HAS THE RIGHT TO CONVEY.
- THE PROPERTY IS TO BE SOLD AS IS, WHERE IS, AND FREE AND CLEAR OF ANY LIENS.
- SALE PRICE SHALL EXCEED THE SUM OF THE COSTS OF SALE, LIENS, EXEMPTIONS AND OTHER DEDUCTIONS.
- PROCEEDS OF THE SALE WILL BE SUBJECT TO AUCTIONEER'S FEES AND EXPENSES, AGENT'S FEES AND EXPENSES, TRUSTEE FEES AND EXPENSES, IF ANY, AS WELL AS ORDINARY CLOSING COSTS DEEMED NECESSARY BY THE TRUSTEE.
- TRUSTEE TO FILE A REPORT OF SALE UPON CLOSING OF SALE.
- IT IS ANTICIPATED THAT THERE IS SUFFICIENT EQUITY IN THE PROPERTY TO PAY ALL § 506(c) EXPENSES.

WHEREFORE, THE TRUSTEE PRAYS for the entry of the attached order authorizing the trustee to sell the above-described property free and clear of all liens, pursuant to 11 USC § 363(b)(f), (h), (m) and FRBP 6004, and for such other further general relief as is just.

DATED: January 29, 2015

/s/ EVA M. LEMEH
**EVA M. LEMEH,** #012153
Attorney for Trustee
4300 Kings Lane
Nashville, TN 37218
(615) 876-4862; (615) 691-7382 (fax)
elemehtrustee@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
TERRELL D HUGHES, ) Case No. 13-05553-MFH3-7
)
)
Debtor )

**ORDER AUTHORIZING TRUSTEE'S
SALE OF PROPERTY FREE AND CLEAR OF LIENS**

This matter is before the court upon the motion of the trustee for authority to sell 1019 Hanson Ct, Murfreesboro, TN free and clear of all liens. It appearing to the court that the trustee has complied with applicable local rules, having provided notice of her motion, and that no objections were received in this matter, and for other cause to the court shown;

IT IS HEREBY ORDERED that trustee is hereby authorized to sell 1019 Hanson Ct, Murfreesboro, TN free and clear of all liens, under the terms and conditions set forth in the Trustee's Motion to Sell Property, dated January 29, 2015.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ EVA M. LEMEH
**EVA M. LEMEH,** #012153
    Attorney for Trustee
4300 Kings Lane
Nashville, TN 37218
(615) 876-4862; (615) 691-7382 (fax)
elemehtrustee@comcast.net



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:13-bk-05553<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Wed Jan 28 13:01:08 CST 2015 | AcTax Solutions, Inc.<br>Smythe & Huff<br>144 Second Avenue, North<br>Suite 333<br>Nashville, TN 37201-1939 | Ascend Federal Credit Union<br>P.O. Box 1210<br>Tullahoma, TN 37388-1210 |
| TN Dept of Commerce & Insurance<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3944 | ASCEND FEDERAL CREDIT UNION<br>750 SOUTH CHURCH STREET<br>Murfreesboro TN 37130-4926 |
| AcTax Solutions, Inc.<br>1876 West Mitchell Street<br>Adel, Georgia 31620-1473 | AcTx Solutions, Inc.<br>Vijay and Krishna Patel<br>1876 West Mitchell Street<br>Adel, Georgia 31620-1473 | BAKER, GOVERN & BAKER<br>C/O JAMES C. BRADSHAW III<br>2525 WEST END AVENUE, SUITE 1500<br>Nashville TN 37203-1744 |
| CHARLES FARRER<br>1122 BRINKLEY AVENUE<br>Murfreesboro TN 37129-1718 | COMCAST<br>PO BOX 280570<br>Nashville TN 37228-0570 | Charles R. Farrer<br>c/o Kevin J. Jones, Esquire<br>1801 8th Avenue South, Suite 100<br>Nashville, Tennessee 37203-5038 |
| DANA PARKER<br>C/O KERRY KNOX<br>117 SOUTH ACADEMY STREET<br>Murfreesboro TN 37130-3701 | DARRELL CANTRELL<br>C/O JERRY FARMER<br>1535 WEST NORTH FIELD BLVD, SUITE 8<br>Murfreesboro TN 37129-1474 | EMPIRE MERCHANT ADVANCE, LLC<br>242 W. 36th Street<br>14TH FLOOR<br>New York NY 10018-8945 |
| FAMILY LEISURE<br>621 Muci Dr<br>Antioch TN 37013-4897 | GUY DOTSON JR<br>117 EAST MAIN STREET<br>Murfreesboro TN 37130-3726 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lerch, Early & Brewer, Chtd.<br>3 Bethesda Metro Center, Suite 460<br>Bethesda, MD 20814-6369 | MONITRONICS<br>PO Box 814530<br>Dallas TX 75381-4530 |
| MORGAN ORR<br>C/O KERRY KNOX<br>117 SOUTH ACADEMY STREET<br>Murfreesboro TN 37130-3701 | Neal & Harwell, PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219-2498 | ROSCOE BROWN HEATING & COOLING<br>959 N Thompson Ln<br>Murfreesboro TN 37129-4326 |
| ROSCOE BROWN OF TULLAHOMA<br>C/O JOSEPH P. RUSNAK, ESQ.<br>TUNE, ENTREKIN & WHITE, PC<br>315 DEADERICK ST., SUITE 1700<br>NASHVILLE, TN 37238-1700 | TN Atty General - Consumer Advocate & Protec<br>c/o TN Attorney Generals Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | TRX SOFTWARE, INC.<br>906 DASHIEL STREET<br>Murfreesboro TN 37129-2721 |
| US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | United States Trustee<br>701 Broadway, Suite 318<br>Nashville, TN 37203-3966 | VJAY & KRISHNA PATEL<br>1876 WEST MITCHELL STREET<br>ADEL GA 31620-1473 |

| | | |
|---|---|---|
| WILLIAM A. WAITE, SR.<br>2329 SALEM RD.<br>MURFREESBORO, TN 37128-5330 | WILLIAM WATE<br>2329 HIGHWAY 99<br>Murfreesboro TN 37128-5330 | Charles R Farrer<br>c/o Kevin J. Jones<br>Law Offices of Kevin J. Jones<br>1801 8th Avenue South<br>Suite 100<br>Nashville, TN 37203-5038 |
| Dana Parker<br>c/o Stephen Grace<br>1019 16th Avenue South<br>Nashville, TN 37212-2329 | Darrell Cantrell<br>c/o Jerry E. Farmer<br>1535 W. Northfield Blvd. #8<br>Murfreesboro, TN 37129-1474 | EVA MARIE LEMEH   +<br>4300 KINGS LANE<br>NASHVILLE, TN 37218-1009 |
| JOSEPH P. RUSNAK<br>TUNE, ENTREKIN & WHITE, PC<br>315 DEADERICK STREET<br>SUITE 1700<br>NASHVILLE, TN 37238-1700 | Morgan Orr<br>c/o Stephen Grace<br>1019 16th Avenue South<br>Nashville, TN 37212-2329 | STEVEN L. LEFKOVITZ   +<br>LAW OFFICES LEFKOVITZ & LEFKOVITZ<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 |
| TERRELL D HUGHES<br>3510 OAKLEIGH COVE<br>MURFREESBORO, TN 37129-0841 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
SUBMISSION PROCESSING CENTER
Ogden UT 84201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ASCEND FEDERAL CREDIT UNION<br>P.O. Box 1210<br>Tullahoma, TN 37388-1210 | (d)WILLIAM A. WAITE, SR.<br>2329 Salem Rd.<br>Murfreesboro, TN 37128-5330 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                  41 |